Herman NEITZKE, Appellant,

v.

STATE of Texas, Appellee.

No. 30847.

Court of Criminal Appeals of Texas.

Oct. 14, 1959.

Elbert R. Jandt, Seguin, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

It is now made to affirmatively appear that no valid appeal was entered in the trial court in this case.

The affirmance of the judgment of conviction for drunken driving, with punishment assessed at three days in jail and a fine of $50, heretofore entered, is withdrawn and the appeal is now dismissed for the reason above stated.